B1 (Official Form 1) (12/11)

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Kevin C. Alsup** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **8794** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **4262 W. Ford City Dr. Chicago, IL 60652** ZIP CODE **60652** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [X] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [X] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

FILED SEP 24 2012 KENNETH S. GARDNER CLERK UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS

B1 (Official Form 1) (12/11)                                            Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)    (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

           _N/A_____
           (Name of landlord that obtained judgment)

           _____
           (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)  Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signed]_
Signature of Debtor

X _____
Signature of Joint Debtor

312 566-1580
Telephone Number (if not represented by attorney)

Date 9/24/12

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re **Kevin C. Alsup**       Case No. _____
       Debtor                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                                                                         Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

→ Signature of Debtor: _____

Date: 9/24/12

Debtor:   Kevin C. Alsup   (creditors continued)

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

In Re:  Kevin C. Alsup                              )
                                                    ) Case No.
                                                    )
Debtor(s)                                           ) Chapter 7

LIST OF CREDITORS

1. CHASE AUTO FINANCE
   PO BOX 901076
   FT WORTH, TX 76101  800-336-6675
   ACCOUNT # ~~528500~~185673
   BALANCE $21,495.00

2. TURNER ACCEPTANCE CORP
   4454 N. WESTERN AVE
   CHICAGO, IL 60625
   ACCOUNT #
   BALANCE $4,420.00

3. ALLIANCE ONE REC MGT SPEC
   PO BOX 2449
   GIG HARBOR, WA 98335
   ACCOUNT # ~~2090~~3449
   BALANCE $195.00

Debtor: Kevin C. Alsup  (creditors continued)

4. CREDIT PROTECTION ASSOC.
   13355 NOEL RD , STE 2100   800-332-2432
   DALLAS, TX 75240
   ACCOUNT # ~~1598738~~957
   BALANCE $668.00

5. **I C SYSTEMS COLLECTIONS   #3614798\*\*\*\***
   PO BOX 64378
   SAINT PAUL, MN 55164-0378
   (888) 735-0516
   Balance: $6,342

6. **MUNICIPAL COLLECTIONS OF (VILLAGE OF HOMEWOOD)**
   **ACCOUNT   #~~4~~5734\*\***
   3348 RIDGE ROAD
   LANSING, IL 60438

   (708) 895-8522
   Balance: $250

7. **PROFESSIONAL ACCOUNT MGM (TCF BANK)**
   **ACCOUNT   #~~55~~61255**
   2040 W WISCONSIN A
   MILWAUKEE, WI 53233

   (877) 501-9923
   Balance:
   $0
   Original Amount: $117

8. COOK LAW MAGISTRATE – CH DOCKET# 4M1141102 (PLAINTIFF EXCALIBUR II LLC)
   50 WEST WASHINGTON, CHICAGO IL 60602
   BALANCE $1061.00

9. MEDICAL BUSINESS BUREAU
   ACCOUNT # ~~12~~05601
   PO BOX 1219
   PARK RIDGE, IL 60068 800-438-8146
   BALANCE $69.00

10. NCO – MEDCLEAR  (ORIGINAL CREDITOR MEDI 02 COTTAGE EMERGENCY PHYSICIANS)
    PO BOX 41448, PHILADELPHIA, PA 19101, 800-541-2742
    ACCOUNT #~~452~~92302
    BALANCE $359.00

11. PEOPLES ENERGY
    130 E RANDOLPH DR, CHICAGO, IL 60601 866-556-6001
    ACCOUNT #~~350003~~8418994     BALANCE $6,342.26

Debtor:  Kevin C. Alsup   (creditors continued)

12. University of Chicago Medical Center   ACCOUNT # ~~339519~~571
    15965 collections center drive
    Chicago, IL 60693
    Balance $36,123.14

13. AFNI Inc.     account # ~~034713~~24-01 (creditor US CELLULAR account# 710801151)
    Po box 3517
    Bloomington, IL 61702-3517
    Balance $250.69

14. City of Chicago Department of Law    account # ~~5082186~~840
    City of Chicago Department of revenue
    Po box 88292
    Chicago IL 60680-1292
    Balance: $2,492.28

15. Turner Acceptance    account #~~025-002~~012
    4454 N. Western Ave
    Chicago IL 60625
    Balance: $ 367.29

16. ICS collection service    account # ~~12695~~416  ( creditor University of Illinois Dept Family Med)
    Po box 1010
    Tinley Pk, IL 60477-9110
    Balance: $ 388.61

17. University of Chicago Hospitals   (Patient Lewanna Wade, account-~~807025~~853)
    8201 Cass Ave
    Darien, IL 60561
    Balance: $1,002.00

18. Halsted Financial Services LLC   account# 112539  (Creditor: National Quick Cash #~~451-0257~~200)
    PO Box 5773
    Evanston, IL 60201
    Balance :$669.71

19. AssetCare Inc.  account# ehz815
    5100 Peachtree Industrial Blvd
    Norcross, GA 30071
    Balance: $419.00

Debtor: Kevin C. Alsup  (creditors continued)

*KA* 20. Cash America of Chicago #9   account ~~7~~9385
  6337-37 S. Kedzie
  Chicago, IL 60629
  Balance: 240.00

*KA* 21. AFNI Inc   account ~~034380~~759-02  (creditor T-Mobile)
  PO Box 3427
  Bloomington, IL 61702-3427
  Balance: $1367.32

*KA* 22. ICS collection Services    account # ~~10~~760767  (creditor University of Chicago Radiology)
  PO box 1010
  Tinley Pk, IL 60477-9110
  Balance: $28.20

*KA* 23. Goodwin & Bryan, LLP   account# ~~2661~~8129  (creditor Check-N-go Installment Loans 12485101)
  PO box 26094
  Fairview Park, OH 44126-0094
  Balance: $1081.00

*KA* 24. Chicago Public Schools   account # lockbox ~~1~~5690  and lockbox ~~2~~3955
  15690 Collections Center Dr
  Chicago, IL 60693
  Balance: $635.00

25. NCC (division of commonwealth financial Systems, Inc.
  Account #17629739
*KA*  Original Account # ~~0130~~530556 (Original Creditor Sprint PCS)
  245 Main Street
  Dickson City, PA 18519-1641
  Balance: $243.41

*KA* 26. Sears Dental    account # ~~36~~3215
  PO box 64-3005
  Cincinnati, OH 45264-3005
  Balance: 712.00

*KA* 27. Uptown Cash   account # 9881
  8641 S. cottage Grove, Chicago IL 60619
  Balance: $425.00

Debtor:   Kevin C. Alsup   (creditors continued)

28. Great lakes Specialty Finance, Inc. d/b/a Check n Go    account # ~~127~~2705
    3125 s. Ashland Ave, Chicago IL 60608
    Balance: 750.75

29. Ameri Cash Loans LLC    account #~~1~~1233
    1513 E 53rd st, Chicago IL 60615
    Balance: $2,264.08

30. QC Financial Services Inc. DBA National Quik Cash And National Quik Cash #451
    account# ~~451-02~~45907
    3168 s. Ashland
    Chicago IL 60608
    Balance: 1026.46

31. Bank Of America    account#~~0020-1603~~ 3648
    PO Box 25118
    Tampa, FL 33622-5118
    Balance:$ 1,019.00

32. Uptown Cash    account # 6205
    8641 S. cottage Grove, Chicago IL 60619
    Balance: $255.00

33. The Payday Loan Store of Illinois, Inc.    account # 1010
    300 N. Elizabeth st.
    Chicago, IL 60607
    Balance: $798.54

34. Consultants in Clinical Pathology LTD    account# CCP ~~15~~2557
    37416 Eagle Way
    Chicago IL 60678
    Balance: 208.00

35. Jackson Park Hospital    account# ~~3195~~08794
    7531 S. Stony Island, Chicago IL 60649
    Balance:$2,856.00

36. MRI Lincoln Imaging Center    account#~~7~~2551  balance 147.46
    PO box 2957,
    Carol Stream, IL 60132

Debtor: Kevin C. Alsup (creditors continued)

37. Northland Group Inc.    account ~~F7978~~7194
   Current Creditor: LVNV Funding LLC
   Original Creditor: GE Capital/Montgomery Ward
   Balance: $1,182.02

38. Evergreen Orthopedics. S.c.   account# ~~0002~~2812
   2800 W 87th St, Chicago, IL 60652-3831
   Balance: $2,070.00

39. Radiology Imaging Specialist LTD    account# ~~1~~45918
   39645 Treasury Center, Chicago, IL 60694-9000
   Balance: $ 295.00

40. Turner Acceptance Corp    account# ~~025-00~~2012
   5900 W. Howard St., Skokie, IL 60077
   Balance: 3,500.09

41. Millenium Credit Consultants    account (TCF Bank) ~~585891~~
   PO box 18160, West St. Paul, MN 55118-0160
   Balance: $177.38

42. MRI Lincoln Imaging Center    account# ~~7~~2551
   PO Box 2957
   Carol Stream, IL 60132
   Balance: $6065.84

43. Little Company of Mary    account #~~v00021~~70721
   2800 W. 95th Street, Evergreen Pk, IL 60805
   Balance: $1000.00

44. Little Company of Mary    account #~~v0002~~51896
   2800 W. 95th Street, Evergreen Pk, IL 60805
   Balance: $146.20

45. Little Company of Mary    account ~~#v00021~~438791
   2800 W. 95th Street, Evergreen Pk, IL 60805
   Balance: $3130.00

46. Little Company of Mary    account #~~v00021~~367966
   2800 W. 95th Street, Evergreen Pk, IL 60805
   Balance: $877.00

47. Comcast    account# ~~8771300320~~586450

Debtor: Kevin C. Alsup  (creditors continued)

KA. PO Box 3002, Southeastern PA ~~19398~~-3002
Balance: 931.47

KA 48. UIC   account # 12056, account ~~260733~~
3293 Paysphere Circle, Chicago, IL 60674-0001
Balance: 245.00

KA 49. CollectCorp   account ~~G199105000359701~~ (creditor...US dept of Education
455 North 3rd Street, Suite 260, Phoenix AZ 85004
Balance: 17,695.74

KA 50. Radiology Imaging Specialist    account# ~~1~~45918
39645 Treasury Center
Chicago IL 60694
Balance: 422.00

KA 51. M3 Financial Services, Inc.  acct# $2699.75  (original creditor University of Chicago ref ~~52~~4727)
PO Box 7230, Westchester, IL 60154
Balance: 2699.75

KA 52. NCC (Division of commonwealth Financial)
Account #: ~~23883~~669   Balance 36.00
Account#: 23883668   Balance: 359.00
245 Main Street
Dickson City, PA 18519-1641

KA 53. Consultants in Clinical Pathology LTD    account# ccp~~1~~52557
37416 Eagle Way, Chicago IL 60678
Balance: 506.00

KA 54. Emergency Room Care providers.....account ~~E19339~~-986266
PO Box 4833, Oak Brook, IL 60522-4833
Balance: $495.00

KA 55. U.S. Cellular    account ~~710~~801151
PO Box 0203
Palatine, IL 60055-0203
Balance: $192.84

KA 56. Little Company of Mary
Acct # /v~~00021~~367966    balance: 877.00
Acct: V00022718762    balance: 941.00
Acct: V~~00021~~051896    balance: 146.20

Debtor:  Kevin C. Alsup   (creditors continued)

Acct: V00020997869    Balance: 100.00
Acct: V00021170721    balance: 1000.00
2800 W 95th St, Evergreen Pk, IL 60805, Attn: Business office

57. Holy Cross Hospital
    account 34949693   Balance 100.00
    account 35993955   Balance: 287.46
    PO Box 2166
    Bedford Pk, 60499-2166

58. University Of Chicago medical Center
    Account 310058383    balance: 802.35
    Account 310894498    balance: 108.78
    Account 303546998    balance: 323.70
    Account 303563696    balance: 16.20
    Account 812596476    balance : 99.99
    Account 812622363    balance: 100.00
    PO box 3179, Carol Stream, IL 60132

59. Comed   account 7344339061
    PO Box 6111
    Carol Stream, 60197-6111
    Balance: $616.94

60. Malcolm, Gerald & Associates    Reference# M585652 (original Creditor Little Company of Mary)
    332 S. Michigan Ave
    Ste 600
    Chicago IL 60604
    Account # V20997869   Balance: $100
    Account # V21438791   Balance: $12,739.66
    Account# V21051896   Balance: $146.20
    Account# V21170721   Balance: $1000
    Account# V21367966   Balance: $877

Debtor:  Kevin C. Alsup   (creditors continued)

Acct: V00020997869   Balance: 100.00
Acct: V00021170721   balance: 1000.00
2800 W 95th St, Evergreen Pk, IL 60805, Attn: Business office

57. Holy Cross Hospital
account 34949693   Balance 100.00
account 35993955   Balance: 287.46
PO Box 2166
Bedford Pk, 60499-2166

58. University Of Chicago medical Center
Account 310058383   balance: 802.35
Account 310894498   balance: 108.78
Account 303546998   balance: 323.70
Account 303563696   balance: 16.20
Account 812596476   balance : 99.99
Account 812622363   balance: 100.00
PO box 3179, Carol Stream, IL 60132

59. Comed   account 7344339061
PO Box 6111
Carol Stream, 60197-6111
Balance: $616.94

60. Malcolm, Gerald & Associates   Reference# M585652 (original Creditor Little Company of Mary)
332 S. Michigan Ave
Ste 600
Chicago IL 60604
Account # V20997869   Balance: $100
Account # V21438791   Balance: $12,739.66
Account# V21051896   Balance: $146.20
Account# V21170721   Balance: $1000
Account# V21367966   Balance: $877

61. UIC (university of Illinois At Circle Campus)
3293 Paysphere Circle, Chicago, IL 60674-0001
Account # 007630692
Balance: 2,336.15

62. University of Chicago Medical Center
Billing phone 773-702-6664, 15965 collection center drive, Chicago IL 60693
Account #343499372   Balance: 534.75